**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

**CHIARA MEATTELLI**,

    Petitioner,                                      CASE NO.

v.

**GOOGLE LLC** d/b/a **YOUTUBE**

    Respondent.

---

C. Christopher Newberg (P79025)
RODENHOUSE LAW GROUP P.C.
Attorney for Petitioner
678 Front Avenue NW, Suite 176
Grand Rapids, MI 49504
(616) 451-4000
chris@rodenhouselaw.com

---

# EXHIBIT 2



**C. Christopher Newberg | Attorney**

Main: (616) 451-4000  678 Front Ave NW, Ste 176
Direct: (616) 930-4338  Grand Rapids, MI 49504
Fax: (616) 451-4114
Email: chris@rodenhouselaw.com

June 29, 2020

Google LLC d/b/a YouTube
c/o CSC-Lawyers Incorporating Service
(Company)
601 Abbot Road
East Lansing, MI 48823
Email: legal@support.youtube.com

    Re:   **DMCA Takedown Notice**

To Whom It May Concern,

    I am contacting you on behalf of Chiara Meattelli, a photojournalist represented by Rodenhouse Law Group PC. This is a notice under the Digital Millennium Copyright Act of 1998 ("DMCA"), 17 USC § 512. I am the duly authorized representative of the copyright owner of the work identified below. I am writing to report an instance of copyright infringement on a website hosted by you and for which you are the service provider.

    The infringing content, which can be found in the ChiarAss MeattelLicker channel page and uploaded videos, contain copyrighted photographs, videos, and/or other content owned by Ms. Meattelli. Titles and URLs addresses associated with the infringing content are provided below, as are other details involving the infringement of Ms. Meattelli's intellectual property rights. Ms. Meattelli demands that you immediately remove and disable access to the infringing content accessible through your website or service, in accordance with the DMCA.

*Infringing Video 1*

Title of Infringing Video: ChiarAss MeattelLicker - The Trump O Mouth
Video URL: https://www.youtube.com/watch?v=rwFXgEVt2yk
Work(s) Infringed:

Description: Photograph of Ms. Meattelli with a friend from Ms. Meattelli's Facebook account.
Location in Infringing Video: 00:32
Link to Original Photograph:
https://www.facebook.com/photo.php?fbid=86008775612&set=t.560532213&type=3&theater

Description: Photograph of Ms. Meattelli taken from Instagram
Location in Infringing Video: 0:51
Link to Original Photograph:
https://www.instagram.com/p/Bdpf1OXBE3m/?igshid=1vb9ho5i3s1ei

*Infringing Video 2*

Title of Infringing Video: ChiarAss MeattelLicker - L'ossessione per l'ossessione
Video URL: https://www.youtube.com/watch?v=R7z4V10tg6g
Work(s) Infringed:

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Instagram account
*Location in Infringing Video*: 0:01
*Link to Original Photograph*:
https://www.instagram.com/p/BE3v8ewGSOWhM0WYt3Tmb5ISND05HdNslfuJKs0/?igshid=1w78g08gtduo9

*Description*: Video of Ms. Meattelli taken from Ms. Meattelli's Facebook account
*Location in Infringing Video*: 0:03
*Link to Original Photograph*:
https://www.facebook.com/chiara.meattelli/videos/vb.560532213/10155938688867214/?type=2&video_source=user_video_tab

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Instagram account
*Location in Infringing Video*: 0:07 – 0:08
*Link to Original Photograph*:
https://www.instagram.com/p/BxTGpJRn4eYGwWp12btSTEEV2hdmLj31jQz5AM0/

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Instagram account
*Location in Infringing Video*: 0:15
*Link to Original Photograph*:
https://www.instagram.com/p/BsUA22PhYeC5WzOHuayKr8PRPVkkHGcgAOOTYM0/

*Description*: Photograph taken by Ms. Meattelli and posted to Facebook
*Location in Infringing Video*: 0:22 – 0:36
*Link to Original Photograph*:
https://www.facebook.com/photo.php?fbid=86008775612&set=t.560532213&type=3&theater

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Facebook account
*Location in Infringing Video*: 0:38
*Link to Original Photograph*:
https://www.facebook.com/photo.php?fbid=10154946611197214&set=t.560532213&type=3&theater

*Infringing Video 3*

Title of Infringing Video: ChiarAss MeattelLicker & Nino Tancelo – ChiarAss
Video URL: https://www.youtube.com/watch?v=5rDVNzYepYo
Work(s) Infringed:

*Description*: "Disco Sofa" music video directed by Ms. Meattelli
*Location in Infringing Video*: Throughout.
*Link to Original Video*: https://www.youtube.com/watch?v=Y-liQMAutp8

### Infringing Video 4

<u>Title of Infringing Video</u>: ChiarAss MeattelLicker Show
<u>Video URL</u>: https://www.youtube.com/watch?v=Vc3uGN9CsV8
<u>Work(s) Infringed</u>:

*Description*: Video interview by Ms. Meattelli featuring Dakota Johnson and Cailee Spaeny.
*Location in Infringing Video*: Throughout.
*Link to Original Video*: https://www.youtube.com/watch?v=CD4U2731PzU&t=118s

### Infringing Video 5

<u>Title of Infringing Video</u>: ChiarAss MeattelLicker - My name is ChiarAss MeattelLicker
<u>Video URL</u>: https://www.youtube.com/watch?v=5T_H8d0QYrQ
<u>Work(s) Infringed</u>:

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Instagram account
*Location in Infringing Video*: 1:20
*Link to Original Photograph*:
https://www.instagram.com/p/BojrekDBwhXEjOGoxs5jOpJ_CPBvebtUrxf7WU0/

### Infringing Video 6

<u>Title of Infringing Video</u>: ChiarAss MeattelLicker - The Witch
<u>Video URL</u>: https://www.youtube.com/watch?v=xNHgh1ALYpU
<u>Work(s) Infringed</u>:

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Instagram account
*Location in Infringing Video*: 0:01
*Link to Original Photograph*: https://www.instagram.com/p/BopSZvpBpEpkmecjT1uJXpxGIr-7xYGnxAe5tY0/

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Instagram account
*Location in Infringing Video*: 0:16
*Link to Original Photograph*: https://www.instagram.com/p/BZa4h5wljTXnLr-0Csbelq4zTE1gbfdKrH3XG40/

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Instagram account
*Location in Infringing Video*: 0:19
*Link to Original Photograph*:
https://www.instagram.com/p/BjyrZX2Aztr1efqImKsbqQ6NpNodHbWBco9sE80/

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Facebook account
*Location in Infringing Video*: 0:32
*Link to Original Photograph*:
https://www.facebook.com/photo.php?fbid=10152465409670549&set=t.560532213&type=3&theater

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Instagram account
*Location in Infringing Video*: 0:45
*Link to Original Photograph*: https://www.instagram.com/p/Bn7O28-hpCU2pLugqNqZu7xui0_MTQPp1eHW2E0/

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Facebook account
*Location in Infringing Video*: 0:48
*Link to Original Photograph*:
https://www.facebook.com/photo.php?fbid=10155689705210549&set=t.752265548&type=3&theater

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Instagram account
*Location in Infringing Video*: 1:08
*Link to Original Photograph*:
https://www.instagram.com/p/Bmo4MjFAR8n9mz8K67sZXzE_ussGUDZqt8Jsbg0/

### Infringing Video 7

Title of Infringing Video: ChiarAss MeattelLicker - Surfing with the Trumps
Video URL: https://www.youtube.com/watch?v=ZQBfQTiNKio
Work(s) Infringed:

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Instagram account
*Location in Infringing Video*: 0:01
*Link to Original Photograph*: https://www.instagram.com/p/BoAp_jPh-hiJLH55kLD3UZq4AgAp18qdQuwfjs0/

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Instagram account
*Location in Infringing Video*: 1:13
*Link to Original Photograph*: https://www.instagram.com/p/BiSYNNanRh4dP-rRRUPg8zPHAG2EL86jbg_aQI0/

### Infringing Video 8

Title of Infringing Video: ChiarAss MeattelLicker - Il giorno prima
Video URL: https://www.youtube.com/watch?v=vTTIj9Xbqyo
Work(s) Infringed:

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Instagram account
*Location in Infringing Video*: 0:05

*Link to Original Photograph*: https://www.instagram.com/p/BZuSRl4F-g_MVLKrT1Mp6DJtyRzleUqXKV1J4c0/

*Description*: Photograph taken by Ms. Meattelli and posted to Facebook
*Location in Infringing Video*: 1:39
*Link to Original Photograph*:
https://www.facebook.com/photo.php?fbid=86008775612&set=t.560532213&type=3&theater

### Infringing Video 9

Title of Infringing Video: ChiarAss MeattelLicker – Surreale
Video URL: https://www.youtube.com/watch?v=_16KhGvXJpI
Work(s) Infringed:

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Instagram account
*Location in Infringing Video*: 0:01
*Link to Original Photograph*: https://www.instagram.com/p/BPRIaqRj209y9WvBnzpC8-H9LtF06I6KKpnfaY0/

### Infringing Video 10

Title of Infringing Video: ChiarAss MeattelLicker - Witchery
Video URL: https://www.youtube.com/watch?v=ecJXS2ylLdY
Work(s) Infringed:

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Facebook account
*Location in Infringing Video*: 0:01
*Link to Original Photograph*:
https://www.facebook.com/yumikomusic/photos/t.560532213/180419701947/?type=3&theater

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Facebook account
*Location in Infringing Video*: 0:06
*Link to Original Photograph*:
https://www.facebook.com/yumikomusic/photos/t.560532213/180414571947/?type=3&theater

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Facebook account
*Location in Infringing Video*: 0:11
*Link to Original Photograph*:
https://www.facebook.com/photo.php?fbid=10150596883277214&set=pb.560532213.-2207520000..&type=3&theater

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Facebook account
*Location in Infringing Video*: 0:39
*Link to Original Photograph*:
https://www.facebook.com/yumikomusic/photos/a.180409816947/180414571947/?type=3&theater

*Description*: Photograph of Ms. Meattelli taken from Ms. Meattelli's Facebook account
*Location in Infringing Video*: 0:44
*Link to Original Photograph*:
https://www.facebook.com/yumikomusic/photos/a.180409816947/180424526947/?type=3&theater

    I, C. Christopher Newberg, have a good-faith belief that use of the materials described above in the manner complained of is not authorized by the copyright owner, its agent, or the law. I declare under penalty of perjury that the information in this notification is accurate and that I am the owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

    This correspondence does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights, as well as claims for other relief, are expressly retained.

    If you have any questions or concerns, please feel free to contact me via email at chris@rodenhouselaw.com, phone at 616-451-4000, or mail at the address in the heading above.

Very truly yours,

RODENHOUSE LAW GROUP

C. Christopher Newberg
Attorney for Chiara Meattelli